# EXHIBIT A

| LOAN NUMBER | PROPERTY ADDRESS |
|---|---|
| 0033038712 | 2642 Riverside Dr., Myrtle Beach, SC 29579 |
| 0033038647 | 2642 Riverside Dr., Myrtle Beach, SC 29579 |
| 0040569998 | 2480 Pryor St., Grenada, MS 38901 |
| 0040238933 | 165-167 Admiral St., Providence, RI 02908 |
| 0040029084 | 3333 Allen Parkway 2203, Houston, TX 77019 |
| 0040061087 | 3333 Allen Parkway 2603; Houston, TX 77019 |
| 0040168825 | 1597 Cannondale; Fayetteville, AR 72704 |
| 0040081572 | 16213 Bristol Lake Circle; Orlando, FL 32828 |
| 0040081523 | 16213 Bristol Lake Circle, Orlando, FL 32828 |
| 0033746785 | 8300 Mount Logan Court; Las Vegas, NV 89131 |
| 0033747031 | 8300 Mount Logan Court; Las Vegas, NV 89131 |
| 0040081838 | 15453 Mauna Loa St., Hesperia, CA 92345 |
| 0040262008 | 6007 Memorial Drive 504, Houston, TX 77007 |
| 0033718875 | 2043 Longbranch Rd., Union, KY 41091 |
| 0032204059 | RR1 Box 1602; Saylorsburg, PA 18353 |
| 0040168999 | 28 Bellefont St., Cranston, RI 02905 |
| 0040629180 | 4815 West Del Rio St., Chandler, AZ 85226 |
| 0040741191 | 79-81 Pinehurst Avenue, Providence, RI 02908 |
| 0040764961 | 1991 Castlegreen Court, Greencastle, PA 17225 |