AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

DISTRICT OF RHODE ISLAND

AURORA LOAN SERVICES, LLC, F/K/A
AURORA LOAN SERVICES, INC.

V.

DREAM HOUSE MORTGAGE CORPORATION

## SUMMONS IN A CIVIL CASE

CASE NUMBER: CA 07 441ML

TO: (Name and address of defendant)

Jonathan N. Savage, Esq., Agent for Service for Defendant Dream House Mortgage Corporation, 1080 Main Street, Pawtucket, RI 02860

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas J. Enright, Esq., Partridge Snow & Hahn, LLP, 180 South Main Street, Providence, RI 02903

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Paulette J. Duke
Chief Deputy Clerk

CLERK

12-3-07

DATE

(BY) DEPUTY CLERK

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by me[1] | DATE 12-4-07 |
|---|---|
| NAME OF SERVER (PRINT) Robert J. Kilduff | TITLE Disinterested Party |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: __________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: __________

☐ Returned unexecuted: __________

☑ Other *(specify)*: Upon Agent for Service for Defendant Dream House Mortgage Corp. Jonathan N. Savage, Esq

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | 45.00 | 45.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/4/07
Date

[signature]
Signature of Server

87 Grand View Rd E. Greenwich RI
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.