UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| AURORA LOAN SERVICES, LLC, f/k/a AURORA LOAN SERVICES, INC. | : | |
| v. | : | C.A. No. 07-441ML |
| DREAM HOUSE MORTGAGE CORPORATION | : | |

**ORDER**

I hereby recuse myself from participation in this case.

ENTER:

/s/ Lincoln D. Almond
LINCOLN D. ALMOND
United States Magistrate Judge
December 6, 2007

BY ORDER:

/s/ Jeannine Noel
Deputy Clerk