**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| AURORA LOAN SERVICES, LLC, f/k/a AURORA LOAN SERVICES, INC., Plaintiff | ) | |
| v. | ) | C.A. No.: 07-441-ML |
| DREAM HOUSE MORTGAGE CORPORATION, Defendant. | ) | |

**NOTICE OF ENLARGEMENT OF TIME**

The Plaintiff has agreed that the Defendant, Dream House Mortgage Corporation, may have an extension of time up to and including January 11, 2008, in order to answer or otherwise respond to the Plaintiff's Complaint in this action.

AURORA LOAN SERVICES, LLC, f/k/a
AURORA LOAN SERVICES, INC.

By its attorneys,

*/s/ Thomas J. Enright*

Thomas J. Enright (#7356)
Partridge Snow & Hahn, LLP
180 South Main Street
Providence, RI 02903
(401) 861-8200 T
(401) 861-8210 F

Dated: December 18, 2007