# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

AURORA LOAN SERVICES, LLC, F/K/A
AURORA LOAN SERVICES, INC.,
Plaintiff

v. C.A. No. 07-00441-ML

DREAM HOUSE MORTGAGE
CORPORATION,
Defendant

## RULE 16 STATEMENT

Plaintiff, Aurora Loan Services, LLC, f/k/a Aurora Loan Services, Inc. ("Aurora"), has brought this action as a result of twenty one (21) separate breaches of a Loan Purchase Agreement by the Defendant Dream House Mortgage Corporation ("Dream House"). On or about October 14, 2004, Dream House entered into a written Loan Purchase Agreement with LBB ("Purchase Agreement"). The Purchase Agreement specifically incorporates the terms and conditions of the Aurora Seller's Guide ("Seller's Guide"), which sets forth additional duties and obligations of Dream House. Dream House originated various loans and then sold a number of these loans to LBB under the Purchase Agreement and Seller's Guide (collectively referred to as the "Mortgage Loans").

Pursuant to the Purchase Agreement and Seller's Guide, Dream House made various representations and warranties including: (1) that all underlying loan documentation and information for the Mortgage Loans was accurate, complete, not falsified and did not contain any untrue statement of fact or omission of fact necessary to make any statement therein not misleading; (2) that the Mortgage Loans complied with all loan program parameters and underwriting guidelines; (3) that the appraised values of the properties securing the Mortgage

Loans were materially accurate; and (4) that if a borrower failed to make the first or second monthly payment within thirty days after such payment was due ("Early Payment Default") Dream House would repurchase the mortgage loan.

After the Mortgage Loans were purchased, Aurora discovered certain breaches of the representations and warranties made by Dream House under the Purchase Agreement and Seller's Guide. Certain loan files contained misrepresented, incorrect and/or inaccurate information regarding the value of the collateral securing the Mortgage Loan, the amount of debt held by a borrower, the relationship between a borrower and the relevant seller of the subject property, and the title to the subject property. After the Mortgage Loans were purchased, the remaining fifteen (15) mortgage loans went into Early Payment Default.

Aurora provided written notice to Dream House of each of these breaches but Dream House has refused to repurchase the Mortgage Loans as required by the Purchase Agreement and Seller's Guide or indemnify Aurora for losses occasioned by Dream House's breaches. Aurora has proceeded with foreclosure and liquidation of three of the properties securing the respective defaulted Mortgage Loans, specifically, 2642 Riverside Dr., Myrtle Beach, SC 29579, 8300 Mount Logan Court, Las Vegas, NV 89131, and 2155 Cascade Road, Atlanta, GA 30311.

Aurora alleges breach of contract, unjust enrichment and indemnity. The unambiguous language of the agreements between the parties clearly provides the duties of Dream House. Aurora anticipates there will be few legal or factual issues and also anticipates summary judgment being entered for many, if not all, of the loans at issue.

AURORA LOAN SERVICES, LLC, F/K/A
AURORA LOAN SERVICES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/s/ Thomas J. Enright

Thomas J. Enright (#7356)
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1914
(401) 681-1910 FAX

DATED: May 12, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that on the 12th day of May, 2008, I electronically filed a Rule 16 Statement. I further hereby certify that upon receipt of the notice of electronic service of the Rule 16 Statement, a copy of said document will be served by first class mail, postage prepaid, to any of the parties listed below not noted as having received electronic service, said service being made on the 12th day of May, 2008:

| |
|---|
| Rajaram Suryanarayan<br>Gunning & LaFazia, Inc.<br>56 Pine Street, 7th Floor<br>Providence, RI 02903 |