**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

AURORA LOAN SERVICES, LLC, F/K/A
AURORA LOAN SERVICES, INC.,
Plaintiff

v. C.A. No. 07-00441-ML

DREAM HOUSE MORTGAGE
CORPORATION,
Defendant

**ENTRY OF APPEARANCE**

Kathryn D. Ryan and David J. Pellegrino hereby enter their appearances on behalf of Plaintiff, Aurora Loan Services, LLC, f/k/a Aurora Loan Services, Inc.

AURORA LOAN SERVICES, LLC, F/K/A
AURORA LOAN SERVICES, INC.

By Its Attorneys,

PARTRIDGE SNOW & HAHN LLP

/S/ KATHRYN D. RYAN
/S/ DAVID J. PELLEGRINO

Kathryn D. Ryan (#7208)
David J. Pellegrino (#7326)
2364 Post Road, Suite 100
Warwick, RI 02886
(401) 681-1900
(401) 681-1916 FAX

DATED: May 6, 2008

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Entry of Appearance was mailed, postage prepaid, on this 6th day of May, 2008 to:

| | |
|---|---|
| Jonathan N. Savage, Esq.<br>Agent for Service for Defendant Dream House Mortgage Corporation<br>1080 Main Street<br>Pawtucket, RI 02860 | Randall L. Souza, Esq.<br>Shechtman Halpern Savage, LLP<br>1080 Main Street<br>Pawtucket, RI 02860 |
| Rajaram Suryanarayan, Esquire<br>Gunning & LaFazia, Inc.<br>56 Pine St., 7th Floor<br>Providence, RI 02903 | |

/s/ Kathryn D. Ryan
/s/ David J. Pellegrino

983374_1